UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
EMPLOYEE PAINTERS TRUST HEALTH )
& WELFARE FUND, et al., )
) No. C06-1267RSL
               Plaintiffs, )
    v. )
) ORDER TO SHOW CAUSE
PRO-TEC FIREPROOFING, INC., et al., )
)
               Defendants. )
_____)

       This matter comes before the Court *sua sponte*. The complaint in the above-captioned matter was filed on September 5, 2006. To date, service of the summons and complaint has not been made on defendants as required by Fed. R. Civ. P. 4(m). Plaintiff is hereby ORDERED to show cause why the complaint should not be dismissed. Plaintiff shall file a responsive brief no later than January 22, 2007.

       DATED this 5th day of January, 2007.

                                        /s/ Robert S. Lasnik
                                        Robert S. Lasnik
                                        United States District Judge

ORDER TO SHOW CAUSE