UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EMPLOYEE PAINTERS TRUST
HEALTH & WELFARE FUND, *et al.*,

Plaintiffs,

v.

PRO-TEC FIREPROOFING, INC., *et al.*,

Defendants.

Case No. C06-1267RSL

ORDER GRANTING MOTION
FOR AN EXTENSION

This matter comes before the Court on plaintiffs' Motion for Order Granting Plaintiffs Additional Time for Service of Summons (Dkt. #3) and on the Court's January 5, 2007 order to show cause why this case should not be dismissed for plaintiffs' failure to serve defendants. Plaintiffs allege that they have tried to serve defendants on several occasions, but defendants are actively evading service. Plaintiffs request a seven-week extension of time to serve defendants.

Plaintiffs have shown good cause for an extension. Therefore, their request for a seven-week extension of time to serve and file proof of service (Dkt. #3) is GRANTED. The Clerk of the Court is directed to renote the order to show cause (Dkt. #2) on the

ORDER GRANTING MOTION
FOR AN EXTENSION - 1

1 | Court's calendar for March 30, 2007.[1]

3 |     DATED this 5th day of February, 2007.

*[signature: MrT S Lasnik]*
Robert S. Lasnik
United States District Judge

---

[1] Plaintiffs note that they plan to serve by publication. Plaintiffs' motion does not request permission to do so, and it does not appear from the record that plaintiffs have deposited a copy of the summons and complaint "in the post office, directed to the defendant at his place of residence." RCW 4.28.100.

ORDER GRANTING MOTION
FOR AN EXTENSION - 2