UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EMPLOYEE PAINTERS TRUST
HEALTH & WELFARE FUND, *et al.*,

    Plaintiffs,

    v.

PRO-TEC FIREPROOFING, INC., *et al.*,

    Defendants.

Case No. C06-1267RSL

ORDER VACATING ORDER
TO SHOW CAUSE

    This matter comes before the Court on its January 5, 2007 order to show cause why this case should not be dismissed for plaintiffs' failure to serve defendants. (Dkt. #2) (citing Fed. R. Civ. P. 4(m)). The Court subsequently granted plaintiffs' motion for an extension and re-noted the order to show cause to March 30, 2007.

    Plaintiffs did not respond to the order to show cause.[1] Instead, on April 2, 2007, they filed motions for default and for a default judgment which purport to attach proof of

---

[1] In the future, plaintiffs are advised to file a timely response to a Court order to show cause particularly where, as in this case, the order cautioned that a dismissal could result.

ORDER VACATING ORDER
TO SHOW CAUSE - 1

service. Accordingly, the order to show cause (Dkt. #2) is VACATED.

DATED this 3rd day of April, 2007.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER VACATING ORDER
TO SHOW CAUSE - 2