UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EMPLOYEE PAINTERS TRUST
HEALTH & WELFARE FUND, *et al.*,

    Plaintiffs,

    v.

PRO-TEC FIREPROOFING, INC., *et al.*,

    Defendants.

Case No. C06-1267RSL

ORDER REQUESTING
ADDITIONAL INFORMATION

This matter comes before the Court on (1) defendants Joseph and "Jane Doe" Turi's motion to set aside the order of default and the default judgment entered against them, and (2) plaintiffs' Notice of Stay due to the fact that Joseph Turi has filed for relief under Chapter 7 of the Bankruptcy Code. Because of the bankruptcy filing, plaintiffs' action against Joseph Turi is automatically stayed, and the Court, at this time, cannot grant Mr. Turi the relief he has requested in his motion. Accordingly, the bankruptcy filing raises additional issues that the Court orders the remaining parties to address. Therefore, the Court orders as follows:

No later than April 4, 2008, plaintiffs must file and serve a memorandum, not to exceed six pages in length, that addresses: (1) whether they request to have this entire

ORDER REQUESTING
ADDITIONAL INFORMATION - 1

1 action stayed, and (2) whether they plan to execute on the judgment despite the
2 bankruptcy filing. No later than April 17, 2008, Pro-Tec Fireproofing, Inc. and/or Ms.
3 Turi must file and serve a memorandum, not to exceed six pages in length, that addresses:
4 (1) whether they object to staying the entire case, (2) whether Ms. Turi would like to stay
5 her motion to vacate the default if plaintiffs agree not to execute on the judgment pending
6 resolution of the bankruptcy matter, and (3) whether Ms. Turi has also filed for
7 bankruptcy relief.

8      The Clerk of the Court is directed to renote the motion to vacate (Dkt. #33) on the
9 Court's calendar for April 18, 2008.

11      DATED this 21st day of March, 2008.

                                    /s/ Robert S. Lasnik
                                    Robert S. Lasnik
                                    United States District Judge

ORDER REQUESTING
ADDITIONAL INFORMATION - 2